IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANGELO NOE MARTINEZ,<br><br>                Petitioner,<br><br>v.<br><br>ALFRED C. BIGELOW,<br><br>                Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-767-TC<br><br>District Judge Tena Campbell |

On July 13, 2016, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed for his failure to file a reply to Respondent's response, five month earlier, to his habeas-corpus petition. More than two months later, Petitioner has still not responded.

IT IS THEREFORE ORDERED that Petitioner's petition is DISMISSED for failure to obey the Court's order and to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). This case is CLOSED.

DATED this 30th day of September, 2016.

BY THE COURT:

*Tena Campbell*
JUDGE TENA CAMPBELL
United States District Court